No. 18,437.

THE FIRST NATIONAL BANK OF WINFIELD, *Appellee,* v. MILTON A. BANGS et al., *Appellees,* and CAROLINA L. CATON et al., *Appellants.*

Appeal from Cowley district court; CARROLL L. SWARTS, judge. Opinion retaxing costs filed July 6, 1914. (For opinion on rehearing see *ante,* p. 270, 140 Pac. 896.)

*F. C. Johnson, S. C. Bloss,* and *A. M. Jackson,* all of Winfield, for the appellants.

*W. P. Hackney, J. T. Lafferty,* both of Winfield, and *J. Mack Love,* of Arkansas City, for the appellee.

*Per Curiam:* The appellant objects to the taxation of the costs of the counter-abstract, amounting to $15. Upon a careful examination the court concludes that the substance of the matter set out in the counter-abstract was contained in the abstract. The objection is therefore allowed, and this item will not be taxed to the appellant.